UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60547-WPD

CHRISTOPHER ADAMS MCCLURE,

    Plaintiff,

v.

TRANS UNION LLC and PNC BANK, N.A.,

    Defendants.

_____/

### ORDER OF DISMISSAL OF DEFENDANT PNC BANK, N.A.

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice as to PNC Bank, N.A. (the "Stipulation") [DE 22], filed herein on August 15, 2024. The Court has carefully reviewed the Notice [DE 22] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 22] is **APPROVED**; and

2. Defendant PNC Bank, N.A. is hereby **DISMISSED WITH PREJUDICE**; and

3. There being no remaining defendants, the Clerk is **DIRECTED** to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of August 2024.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record